UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

CHARLES WILLIAMS,

                     Plaintiff,

-against-

VIACOM, INC., BET NETWORKS, A&E
TELEVISION NETWORKS, I TUNES
CORPORATE/APPLE COMPUTER, INC.,
NETFLIX CORPORATE, AMAZON
CORPORATE, A. SMITH & CO.
PRODUCTIONS,

                     Defendants.

------------------------------------------------------------ x

Hon. Joanna Seybert

Case No. 2:13-CV-01459 (JS)(ETB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 11 2013 ★
LONG ISLAND OFFICE

## NOTICE REGARDING THE FILING OF EXHIBIT IN DVD VIDEO FORM

Exhibit 1 to the Sinton Declaration in Support of Defendants Black Entertainment Television Network ("BET") (erroneously named as "BET Networks"), A. Smith & Co. Properties, Inc. ("A. Smith") (erroneously named as "A. Smith & Co. Productions") and Apple, Inc.'s (erroneously named as "ITunes Corporate" and "Apple Computer Inc.") Motion to Dismiss, which notice of was electronically filed on April 8, 2013, and assigned Document Number 10-1, is being filed in its original, electronic DVD video format and will be maintained in the case file in the Clerk's Office.

DATED: April 9, 2013

                                                     Greenberg Traurig, LLP

              By:    /s/ Daniel J. Buzzetta
                      Daniel J. Buzzetta (DB 7816)
                      200 Park Avenue
                      New York, New York 10166
                      Telephone: 212-801-9200
                      *Attorneys for Defendants Black*
                      *Entertainment Networks, Inc.,*
                      *A. Smith & Co. Properties and Apple, Inc.*