UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
CHARLES WILLIAMS,

                       Plaintiff,

-against-

VIACOM, INC., BET NETWORKS, A&E TELEVISION NETWORKS, I TUNES CORPORATE/APPLE COMPUTER, INC., NETFLIX CORPORATE, AMAZON CORPORATE, A. SMITH & CO. PRODUCTIONS,

                       Defendants.
----------------------------------------------------------- x

Hon. Joanna Seybert

Case No. 2:13-CV-01459 (JS)(ETB)

**SECOND AMENDED NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

PLEASE TAKE NOTICE that the undersigned attorney of the law firm Greenberg Traurig, LLP, hereby appears in this case as counsel for Defendants Black Entertainment Television LLC, A. Smith & Co. Properties, Inc., Apple, Inc., Netflix, Inc., Viacom Inc., Best Buy Stores, LP, Bestbuy.com, LLC, and A&E Television Networks, LLC, and respectfully requests to be designated as counsel to receive electronic notification through the CM/ECF system.  I certify that I am admitted to practice in this Court.

Dated:  May 24, 2013

                                                    By:    /s/ Daniel J. Buzzetta
                                                              Daniel J. Buzzetta (DB 7816)

                                                              GREENBERG TRAURIG
                                                              200 Park Avenue, 39th Floor
                                                              New York, New York 10166
                                                               Tel:  (212) 801-9200
                                                               Fax: (212) 801-6400
                                                               buzzettad@gtlaw.com