UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
   CHARLES WILLIAMS,

                               Plaintiff,

                -against-

VIACOM, INC., BET NETWORKS, A&E
TELEVISION NETWORKS, I TUNES
CORPORATE/APPLE COMPUTER, INC.,
NETFLIX CORPORATE, AMAZON
CORPORATE, A. SMITH & CO.
PRODUCTIONS,

                             Defendants.
------------------------------------------------------------ x

Hon. Joanna Seybert

Case No. 2:13-CV-01459
(JS)(ETB)

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

     PLEASE TAKE NOTICE that the undersigned attorney of the law firm Greenberg Traurig, LLP, hereby appears in this case as counsel for Defendants Amazon, Inc., Black Entertainment Television LLC, A. Smith & Co. Properties, Inc., Apple, Inc., Netflix, Inc., Viacom Inc., Best Buy Stores, LP, Bestbuy.com, LLC, and A&E Television Networks, LLC, and respectfully requests to be designated as counsel to receive electronic notification through the CM/ECF system.  I certify that I am admitted to practice in this Court.

Dated:  December 4, 2013

                                        By:   /s/ *John J. Elliott*
                                                John J. Elliott (JE 4251)

                                                GREENBERG TRAURIG
                                                200 Park Avenue, 39th Floor
                                                New York, New York 10166
                                                Tel:  (212) 801-9200
                                                Fax: (212) 801-6400
                                                elliottj@gtlaw.com