UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHARLES WILLIAMS, et al.,

                        Plaintiffs,        **ORDER**
                                                                     CV 13-1459 (JS) (WDW)

    -against-

VIACOM, INC., et al.,

                        Defendants.
-------------------------------------------------------------X

**WALL, Magistrate Judge:**

       This case has been reassigned from Magistrate Judge Boyle to Magistrate Judge Wall. Upon review of the docket in this matter, the parties are advised that the telephone conference scheduled for December 17, 2013 is adjourned without date. A conference will be scheduled, if necessary, after the pending motions to dismiss have been decided.

Dated:  Central Islip, New York          SO ORDERED:
         December 5, 2013

                                                         s/ William D. Wall
                                                     WILLIAM D. WALL
                                                     United States Magistrate Judge